UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN ROE; JANE DOE; JANE DOE 2,

                    Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

                    Defendants.

20-CV-9635 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

      By order dated November 20, 2020, the Court directed Plaintiffs, within thirty days, to: (1) submit under seal an amended complaint with their real names, signatures, and addresses; (2) submit a motion to proceed anonymously; and (3) pay the $400.00 in filing fees or each Plaintiff request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, by submitting three signed IFP applications. That order specified that failure to comply would result in dismissal of the action. Plaintiffs have not complied with the Court's November 20, 2020 order. Accordingly, the action, presumably filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      Because Plaintiffs did not provide physical or email addresses to the Court, the Clerk of Court is not be able to send this order to Plaintiffs. Should Plaintiffs appear in person at the Court, the Clerk of Court is directed to provide Plaintiffs with a copy of this order.

SO ORDERED.

Dated:   January 5, 2021
            New York, New York

                                                    *Louis L. Stanton*
                                                  Louis L. Stanton
                                                      U.S.D.J.