UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN ROE; JANE DOE; JANE DOE 2,

                Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-9635 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued January 5, 2021, dismissing the action,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court provide Plaintiffs with a copy of this judgment should Plaintiffs appear in person at the Court. Because Plaintiffs did not provide physical or email addresses to the Court, the Clerk of Court is not be able to send this judgment to Plaintiffs.

SO ORDERED.

Dated:   January 5, 2021
            New York, New York

                                                  *Louis L. Stanton*
                                                     Louis L. Stanton
                                                          U.S.D.J.